[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Sxb

**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 26 2018 U

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TERRY DySON SR
3738 W 139th

ROBBINS ILL 60472
(Name of the plaintiff or plaintiffs)

v.

AMERICA'S AUTO AUCTION
14001 KARLOV AVE
CRESTWOOD ILL, 60445
(Name of the defendant or defendants)

CIVIL ACTION
213-2017 -- 00949
213- 2017 - 00254
NO. 2017-CA- 1973
2017-CA-1003

1:18-cv-02159
Judge Robert M. Dow, Jr
Magistrate Judge Sidney I. Schenkier

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _TERRY DYSON SR_____ of the county of _COOK_____ in the state of _ILLINOIS_.

3. The defendant is _AMERICA AUTO AUCTION CHgo_, whose street address is _14001 KARLOV AVE_____,
(city)_CRESTWOOD_ (county) _COOK_ (state) _ILL_ (ZIP) _60445_
(Defendant's telephone number) _708) - 389 - 1488__

4. The plaintiff sought employment or was employed by the defendant at (street address)
_14001 KARLOV AVE_____ (city)_CRESTWOOD_
(county) _COOK_ (state) _ILL_ (ZIP code) _60445_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☒ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) _10_ , (day) _17_ , (year) _2016_ .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check*

   *one box*] ☐ *has not* filed a charge or charges against the defendant
   ☒ *has*

   asserting the acts of discrimination indicated in this complaint with any of the following

   government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about

   (month)_____ (day)_____ (year)_____.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_11_ (day)_7_ (year)_2016_ .

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

   attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois

   Department of Human Rights to cross-file with the other agency all charges received. The

   plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

   defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐    Yes (month)_____ (day)_____ (year) _____

☐    No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐    the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b)☑    the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on
(month)____1____ (day)__2__ (year) 2018 a copy of which
*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [**check only those that apply**]:

(a)☑ Age (Age Discrimination Employment Act).

(b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

_____

4

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

_____

14.     **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☐ YES   ☑ NO

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)☐     Direct the defendant to hire the plaintiff.

(b)☐     Direct the defendant to re-employ the plaintiff.

(c)☑     Direct the defendant to promote the plaintiff.

(d)☐     Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)☑     Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)☐     Direct the defendant to (specify): _____

_____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____

(Plaintiff's name)

TERRY  DYSON SR.

(Plaintiff's street address)

3738 w. 139ᴾᴸ

_____

(City) ROBBINS _____ (State) ILL (ZIP) 60472

(Plaintiff's telephone number) (312) – 890 – 6503

Date: 3 – 23 – 18

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 161 (11/16)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Terry L. Dyson<br>3738 West 139th Place<br>Robbins, IL 60472 | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |
|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2017-00254 | Katarzyna Hammond,<br>Investigator | (312) 869-8024 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

#### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

**Julianne Bowman,**
**District Director**

1/2/18
(Date Mailed)

cc:

AMERICAS AUTO AUCTION INC
Mr. Larry Hero
General Manager
14001 Karlov Ave
Crestwood, IL 60445

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#16W0620.06

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2017CA1973 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| MR. TERRY L. DYSON, SR. | (312) 890 - 6503 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3738 W. 139TH PLACE | ROBBINS, IL 60472 | 08 / 20 / 59 |
| | | M   D   Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| AMERICA'S AUTO AUCTION CHICAGO, INC. | | (708) 389 - 4488 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 14001 KARLOV AVENUE | CRESTWOOD, ILLINOIS 60445 | COOK |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| RACE     AGE     RETALIATION | 02/2017          03/2017 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

### Technical Amendment

This Technical Amendment is being made to correct the name of Respondent.

MKH/ABT

Page 1 of 1

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 8th DAY OF May 2017

X _Donna M. Evans_
NOTARY SIGNATURE

OFFICIAL SEAL
DONNA M EVANS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/03/18

NOTARY STAMP

X _Terry L. Dyson Sr._
SIGNATURE OF COMPLAINANT     DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (3/15-INT)

| **CHARGE OF DISCRIMINATION** | **AGENCY** | **CHARGE NUMBER** |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | ☒ **IDHR** | **2017CA1973** |
| #17W0309.04 | ☐ **EEOC** | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area code) |
|---|---|---|
| **Mr. Terry L. Dyson Sr.** | | **(312) 890-6503** |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | | **08/20/1959** |
| **3738 W. 139th Place** | **Robbins, IL 60472** | M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE NUMBER (include area code) |
|---|---|---|
| **America's Auto Auction Inc.** | **15+** | **(708) 389-4488** |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| **14001 Karlov Avenue** | **Crestwood, IL 60445** | **Cook** |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Race          Age          **Retaliation** | **2/2017          03/2017** |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**I.  A.  ISSUE/BASIS**

   **FINAL WARNING - FEBRUARY 8, 2017, BECAUSE OF MY RACE, BLACK**

   **B.  PRIMA FACIE ALLEGATIONS**

   **1.  My race is black.**

   **2.  I began my employment with Respondent in February 2015. My work performance as a lot coordinator meets Respondent's legitimate expectations.**

Page 1 of 4

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME THIS 9th DAY OF _March_ 2017. |
|---|---|
| | _Donna M. Evans_ |
| | NOTARY SIGNATURE |

OFFICIAL SEAL
DONNA M EVANS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/03/18

NOTARY STAMP

X _[signature]_                    3-9-17
SIGNATURE OF COMPLAINANT          DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 7/12-INT)

3. On February 8, 2017, I was placed on a final warning. The reason given by Mike Kirby (non-black), Supervisor and Chuck Anderson (non-black), Supervisor, was violation of Respondent's policy.

4. Similarly situated non-black employees who have violated Respondent's policy were treated more favorably under similar circumstances.

II. A. ISSUE/BASIS

FINAL WARNING – FEBRUARY 8, 2017, BECAUSE OF MY AGE, 57

B. PRIMA FACIE ALLEGATIONS

1. My age at the time of the alleged harm was 57.

2. I began my employment with Respondent in February 2015. My work performance as a lot coordinator meets Respondent's legitimate expectations.

3. On February 8, 2017, I was placed on a final warning. The reason given by Mike Kirby (age unknown), Supervisor and Chuck Anderson (age unknown), Supervisor, was violation of Respondent's policy.

4. Similarly situated employees who are younger than age 40 and have violated Respondent's policy were treated more favorably under similar circumstances.

III. A. ISSUE/BASIS

FINAL WARNING – FEBRUARY 8, 2017, IN RETALIATION FOR FILING A CHARGE OF DISCRIMINATION

B. PRIMA FACIE ALLEGATIONS

1. In November 2016, I engaged in a protected activity when I filed charge number 2017CA1003, against Respondent with the Department of Human Rights.

2. On February 8, 2017, I was placed on a final warning. The reason given by Mike Kirby, Supervisor and Chuck Anderson, Supervisor, was violation of Respondent's policy.

3. The adverse action followed the filing of my previous charge within such a period of time as to raise an inference of retaliatory motivation

Charge Number: 2017CA1973
Complainant: Terry Dyson, Sr.
Page 3 of 4

IV.    A.    **ISSUE/BASIS**

SUSPENSION – FEBRUARY 8, 2017, BECAUSE OF MY RACE, BLACK

     B.    **PRIMA FACIE ALLEGATIONS**

1.    My race is black.

2.    I began my employment with Respondent in February 2015. My work performance as a lot coordinator meets Respondent's legitimate expectations.

3.    On February 8, 2017, I was given a five day suspension. The reason given by Mike Kirby (non-black), Supervisor and Chuck Anderson (non-black), Supervisor, was violation of Respondent's policy.

4.    Similarly situated non-black employees who have violated Respondent's policy were treated more favorably under similar circumstances.

V.    A.    **ISSUE/BASIS**

SUSPENSION – FEBRUARY 8, 2017, BECAUSE OF MY AGE, 57

     B.    **PRIMA FACIE ALLEGATIONS**

1.    My age at the time of the alleged harm was 57.

2.    I began my employment with Respondent in February 2015. My work performance as a lot coordinator meets Respondent's legitimate expectations.

3.    On February 8, 2017, I was given a five day suspension. The reason given by Mike Kirby (age unknown), Supervisor and Chuck Anderson (age unknown), Supervisor, was violation of Respondent's policy.

4.    Similarly situated employees younger than age 40 who have violated Respondent's policy were treated more favorably under similar circumstances.

Charge Number: 2017CA1973
Complainant: Terry Dyson, Sr.
Page 4 of 4


VI.   A.    **ISSUE/BASIS**

          **SUSPENSION – FEBRUARY 8, 2017, IN RETALIATION FOR FILING A CHARGE OF DISCRIMINATION**

    B.    **PRIMA FACIE ALLEGATIONS**

        1.    In November 2016, I engaged in a protected activity when I filed charge number 2017CA1003, against Respondent with the Department of Human Rights.

        2.    On February 8, 2017, I was given a five day suspension. The reason given by Mike Kirby, Supervisor and Chuck Anderson, Supervisor, was violation of Respondent's policy.

        3.    The adverse action followed the filing of my previous charge within such a period of time as to raise an inference of retaliatory motivation


VII.   A.    **ISSUE/BASIS**

          **HARASSMENT – MARCH 2017, IN RETALIATION FOR FILING A CHARGE OF DISCRIMINATION**

    B.    **PRIMA FACIE ALLEGATIONS**

        1.    In November 2016, I engaged in a protected activity when I filed charge number 2017CA1003, against Respondent with the Department of Human Rights.

        2.    On March 7, 2017, Larry Hero, Owner, threatened to fire me if I appeared at the fact finding conference scheduled for March 9, 2017, by the Illinois Department of Human Rights.

        3.    The adverse action followed the filing of my previous charge within such a period of time as to raise an inference of retaliatory motivation


MEE/RCG

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Terry L. Dyson<br>3738 West 139th Place<br>Robbins, IL 60472 | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |
|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| | **Katarzyna Hammond,** | |
| **21B-2017-00949** | **Investigator** | **(312) 869-8024** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|   | |
|---|---|
| | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| X | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julian Bowman*

**Julianne Bowman,**
**District Director**

1/2/18

(Date Mailed)

Enclosures(s)

cc:

**AMERICAS AUTO AUCTION INC**
**Mr. Larry Hero**
**General Manager**
**14001 Karlov Ave**
**Crestwood, IL 60445**

## PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf; your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Eastern Division at Chicago**<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>**Urbana Division**<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| Counties | | Counties | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermillion |
| | | Iroquois | |
| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Western Division at Rockford**<br>211 South Court Street<br>Federal Building<br>Rockford, IL 61101<br>815-987-4355 | | **Peoria Division**<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
| Counties | | Counties | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| | | McDonough | |
| U.S. DISTRICT COURT<br>Southern District of Illinois<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-0671<br><br>and<br><br>301 Main Street<br>Benton, IL 62812<br>618-438-0671 | | **Rock Island Division**<br>211 19th Street<br>Rock Island, IL 61201<br>309-793-5778 | |
| Counties | | Counties | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Henry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | **Springfield Division** | |
| Clinton | Monroe | 600 East Monroe Street | |
| Crawford | Perry | Springfield, IL 62701 | |
| Cumberland | Pope | 217-492-4020 | |
| Edwards | Pulaski | | |
| Effingham | Randolph | Counties | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form

#17W1107.07

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2017CA1003 |
| ☐ EEOC | |

NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)  Illinois Department of Human Rights and EEOC

Mr. Terry L. Dyson, Sr.

STREET ADDRESS
3738 W. 139th Place

CITY, STATE AND ZIP CODE
Robbins, Illinois 60472

TELEPHONE NUMBER (include area code)
(312) 890-6503

DATE OF BIRTH
8-20-59
M D YEAR

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

NAME OF RESPONDENT
America's Auto Auction Chicago

STREET ADDRESS
14001 Karlov Avenue

CITY, STATE AND ZIP CODE
Crestwood, Illinois 60445

NUMBER OF EMPLOYEES, MEMBERS
15+

TELEPHONE NUMBER (include area code)
(708)-389-4488

COUNTY
Cook

CAUSE OF DISCRIMINATION BASED ON:
Age  Race  Disability

DATE OF DISCRIMINATION
EARLIEST (ADEA/EPA) LATEST (ALL)
10/31/16   10/31/16
☐ CONTINUING ACTION

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. ISSUE/BASIS
FAILURE TO HIRE FOR FULL TIME EMPLOYMENT – OCTOBER 31, 2016, BECAUSE OF MY AGE, 57

B. PRIMA FACIE ALLEGATIONS
1. My age was 57 at the time of this harm.

2. My work performance as part time lot coordinator meets Respondent's expectations. I was hired in February 2015.

3. Respondent had full time employment available.

ge 1 of 3

o want this charge filed with the EEOC. I will advise the cies if I change my address or telephone number and I will erate fully with them in the processing of my charge in dance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _November_, 2016

NOTARY SIGNATURE

OFFICIAL SEAL
KONAH YANCY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/04/19

NOTARY STAMP
EO-5 FORM (Rev. 7/12-INT)

X _____  11-7-16
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct. I swear or aff... that I have read the above charge and that it is t... knowledge, information...

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#16W0620.06

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | |
| | 2017CA1003 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| MR. TERRY L. DYSON, SR. | (312) 890 - 6503 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH | | |
|---|---|---|---|---|
| 3738 W. 139TH PLACE | ROBBINS, IL 60472 | 08 / 20 / 59 | | |
| | | M | D | Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| AMERICA'S AUTO AUCTION CHICAGO, INC. | | (708) 389 - 4488 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 14001 KARLOV AVENUE | CRESTWOOD, ILLINOIS 60445 | COOK |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| | 10/31/16       10/31/16 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**Technical Amendment**

This Technical Amendment is being made to correct the name of Respondent.

MKH/ABT

Page 1 of 1

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 9th DAY OF March 2017<br><br>X Donna M. Evans<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>DONNA M EVANS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:06/03/18<br><br>NOTARY STAMP | X Terry L. Dyson Sr.      3-9-17<br>SIGNATURE OF COMPLAINANT      DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

EEO-5 FORM (3/15-INT)

Charge Number: 2017CA1003
Complainant: Terry L. Dyson, Sr.
Page 2 of 3

    4. I applied and I was qualified for full time employment.

    5. On October 31, 2016, Respondent failed to hire me for full time employment.

    6. Similarly situated less qualified younger candidates under the age of 40 or significantly younger than myself were hired for full time employment.

II.   A.   ISSUE/BASIS
        FAILURE TO HIRE FOR FULL TIME EMPLOYMENT – OCTOBER 31, 2016, BECAUSE OF RACE, BLACK

     B.   PRIMA FACIE ALLEGATIONS
        1. My race is black.

        2. My work performance as part time lot coordinator meets Respondent's expectations. I was hired in February 2015.

        3. Respondent had full time employment available.

        4. I applied and I was quailed for full time employment.

        5. On October 31, 2016, Respondent failed to hire me for full time employment.

        6. Similarly situated less qualified non- black candidates were hired for full time employment.

III.  A.   ISSUE/BASIS
        FAILURE TO HIRE FOR FULL TIME EMPLOYMENT – OCTOBER 31, 2016, BECAUSE OF DISABILITY, BACK DISORDER

     B.   PRIMA FACIE ALLEGATIONS
        1. I am an individual with a disability as defined by the Illinois Human Rights Act.

        2. Respondent is aware of my disability.

        3. My work performance as part time lot coordinator meets Respondent's expectations. I was hired in February 2015.

        4. Respondent had full time employment available.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
FILE REVIEWS FAX: (312) 869-8220
ENFORCEMENT FAX: (312) 869-8220
MEDIATION: (312) 869-8060
STATE & LOCAL FAX: (312) 869-8077
HEARINGS FAX: (312) 869-8125
LEGAL FAX: (312) 869-8124

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). *Be sure to include your name, address, phone number and EEOC charge number with your request*.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

\*      **Before filing a lawsuit,** but within 90 days of your receipt of the Right to Sue, or

\*      **After your lawsuit has been filed.** If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the *Respondent* you may be granted access to the file *only after* a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, **it is recommended that you first review your file** to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost.** Payment must be made directly to **Aloha Print Group,** which charges 15 cents per page.

(Revised 04/20/2016, previous copies obsolete)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
Chicago Direct Dial: (312) 869-8000
Chicago TTY: (312) 869-8001
Fax: (312) 869-8220

IMPORTANT NOTICE. PLEASE READ CAREFULLY. KEEP THIS NOTICE WITH YOUR OTHER RECORDS OF THIS CHARGE. THIS MAY BE THE ONLY NOTIFICATION FROM EEOC.

IDHR CHARGE NUMBER: - 2017CA1003 TERRY L DYSON

# EEOC NOTICE OF CHARGE FILED

You are filing a charge of employment discrimination with the Illinois Department of Human Rights (IDHR).

As a result of an agreement between the Illinois Department of Human Rights (IDHR) and the U. S. Equal Employment Opportunity Commission (EEOC), the EEOC will also have a record of IDHR's charge of discrimination.

You are encouraged to cooperate with IDHR in the investigation of your charge. The final findings and orders of that agency may be adopted by the EEOC.

IDHR will process your charge. Under section 1601.76 of EEOC's regulations, you are entitled to request that EEOC review IDHR's investigation and findings. To obtain this review, you must request it by writing to this office within 15 days of your receipt of IDHR's final findings of your case. If we do not receive such a request for a review, EEOC will likely accept IDHR's findings without any review or any other processing by EEOC.

EEOC regulations require that you notify us of any change in address and keep us informed of any prolonged absence from your current address. Your cooperation in this matter is essential.

PLEASE NOTE: BUILDING SECURITY PROCEDURES PRESENTLY IN PLACE DO NOT PERMIT ACCESS TO EEOC WITHOUT AN APPOINTMENT. IF AN APPOINTMENT IS REQUIRED, CALL (312) 869-8000 OR 1-800-669-4000.

EEOC NOTICE

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form<br>#17W1107.07 | AGENCY<br>☒ IDHR<br><br>☐ EEOC | CHARGE NUMBER<br><br>2017CA1003 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>Mr. Terry L. Dyson, Sr. | | TELEPHONE NUMBER (include area code)<br><br>( 312) 890-6503 | |
|---|---|---|---|
| STREET ADDRESS<br><br>3738 W. 139th Place | CITY, STATE AND ZIP CODE<br><br>Robbins, Illinois 60472 | | DATE OF BIRTH<br>8-20-59<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>America's Auto Auction Chicago | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br><br>(708)-389-4488 | |
|---|---|---|---|
| STREET ADDRESS<br><br>14001 Karlov Avenue | CITY, STATE AND ZIP CODE<br><br>Crestwood, Illinois 60445 | | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br><br>    Age   Race   Disability | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>10/31/16    10/31/16<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.   A.   **ISSUE/BASIS**
      **FAILURE TO HIRE FOR FULL TIME EMPLOYMENT – OCTOBER 31, 2016, BECAUSE OF MY AGE, 57**

    B.   **PRIMA FACIE ALLEGATIONS**
       1.   **My age was 57 at the time of this harm.**

       2.   **My work performance as part time lot coordinator meets Respondent's expectations.  I was hired in February 2015.**

       3.   **Respondent had full time employment available.**

Page 1 of 3

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS _____ DAY OF _November_ 2016<br><br>_____<br>NOTARY SIGNATURE    11/7/2016 |
|---|---|
| OFFICIAL SEAL<br>KONAH YANCY<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:05/04/19<br><br>NOTARY STAMP | X _____  11-7-16<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 2017CA1003
Complainant: Terry L. Dyson, Sr.
Page 2 of 3

4. I applied and I was qualified for full time employment.

5. On October 31, 2016, Respondent failed to hire me for full time employment.

6. Similarly situated less qualified younger candidates under the age of 40 or significantly younger than myself were hired for full time employment.

II.  A.  ISSUE/BASIS
FAILURE TO HIRE FOR FULL TIME EMPLOYMENT – OCTOBER 31, 2016, BECAUSE OF RACE, BLACK

B.  PRIMA FACIE ALLEGATIONS
1. My race is black.

2. My work performance as part time lot coordinator meets Respondent's expectations. I was hired in February 2015.

3. Respondent had full time employment available.

4. I applied and I was quailed for full time employment.

5. On October 31, 2016, Respondent failed to hire me for full time employment.

6. Similarly situated less qualified non- black candidates were hired for full time employment.

III.  A.  ISSUE/BASIS
FAILURE TO HIRE FOR FULL TIME EMPLOYMENT – OCTOBER 31, 2016, BECAUSE OF DISABILITY, BACK DISORDER

B.  PRIMA FACIE ALLEGATIONS
1. I am an individual with a disability as defined by the Illinois Human Rights Act.

2. Respondent is aware of my disability.

3. My work performance as part time lot coordinator meets Respondent's expectations. I was hired in February 2015.

4. Respondent had full time employment available.



ILLINOIS DEPARTMENT OF
# Human Rights

Bruce Rauner, Governor
Janice Glenn, Acting Director

March 23, 2017

TERRY L DYSON
3738 W 139ᵀᴴ PLACE
ROBBINS, IL 60472

RE:     Charge No.: 2017CA1973
        Respondent: AMERICA AUTO AUCTION
Complaint or Civil Action Filing Dates: **3/10/2018 through 6/7/2018**

Dear Complainant:

You have filed a discrimination charge under the Human Rights Act. A copy of the charge has been served on the Respondent. Keep this letter for reference if you need to telephone the Illinois Department of Human Rights ('IDHR'). If there is an 'A', 'E', or 'F' in your charge number, we are enclosing an important notice from the Federal Equal Employment Opportunity Commission ('EEOC') because your charge has been automatically filed with that agency.

If your charge involves the basis of disability, IDHR requires that two additional forms be completed to determine whether IDHR has jurisdiction over your identified medical condition. If we do not have copies of these documents in your file, we have included copies with this notice.

1)      Verification of Disability.
Please give the Verification of Disability form to your physician for completion. Request your physician return the completed form by mail to IDHR's address below within 30 days of your receipt of this notice; and

2)      Consent form.
The consent form allows IDHR to review your physician's documentation. Please fill out the consent form and return it to IDHR, again, within 30 days of your receipt of this notice.

If your charge does not involve the basis of disability, then the Verification of Disability and Consent Forms are not needed and are not enclosed.

When a fact-finding conference is scheduled, you will be advised of the date. It is your responsibility to cooperate with IDHR's investigation and provide all pertinent information you have concerning the case by the dates requested.

You have the right to file a complaint with the Human Rights Commission or commence a civil action in the appropriate circuit court if IDHR has not completed your case by issuing its report of findings within 365 days from the date you filed your PERFECTED signed and notarized charge or within any extension of that time to which you and the Respondent have agreed in writing.

Within 90 days of the expiration of the 365 days or extension (see above paragraph), if you choose, you may file a complaint with the Human Rights Commission or commence a civil action in the appropriate circuit court. We have calculated the time above (see Complaint or Civil Action Filing Dates). While we have made this calculation with the best of intentions, errors can occur. The Commission has ruled that it is your responsibility to count the number of days properly. If you file a complaint or commence a civil action in circuit court outside of this 90-day period, the Commission may dismiss your complaint; or, your civil action may be deemed untimely

Once 455 days (or the extended time) have passed, IDHR must dismiss your charge with prejudice without any further right to proceed if you have not filed a complaint with the Commission, or commenced a civil action in the appropriate circuit court. Therefore, you may wish to contact an attorney to decide the best way for you to handle your case. If you file a complaint with the Human Rights Commission, the form of the complaint must be in accordance with Section (7A-102(F) of the Human Rights Act. You must serve a copy of the complaint filed with the Commission on IDHR, on the same day that you file a complaint with the Commission. The Commission will then schedule a hearing for your case before an Administrative Law Judge. If you commence a civil action in a circuit court, the form of the complaint must be in accordance with the Illinois Code of Civil Procedure. If you file a complaint with the Human Rights Commission, you may not later commence a civil action in circuit court.

You must advise IDHR of all changes of name, address, or telephone numbers. If you do not do so, IDHR may dismiss your case if it cannot locate you.

1509-0059 IN-6 NON-MED
Rev. 06/14

| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974: See Privacy act statement<br>before completing this form.<br>**#17W0309.04** | **AGENCY**<br>☒ **IDHR**<br><br>☐ **EEOC** | **CHARGE NUMBER**<br><br>**2017CA1973** |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>**Mr. Terry L. Dyson Sr.** | | **TELEPHONE NUMBER (include area code)**<br><br>**(312) 890-6503** | |
|---|---|---|---|
| STREET ADDRESS<br><br>**3738 W. 139th Place** | CITY, STATE AND ZIP CODE<br><br>**Robbins, IL 60472** | | **DATE OF BIRTH**<br>**08/20/1959**<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>**America's Auto Auction Inc.** | **NUMBER OF EMPLOYEES, MEMBERS**<br>15+ | **TELEPHONE NUMBER (include area code)**<br><br>**(708) 389-4488** | |
|---|---|---|---|
| STREET ADDRESS<br><br>**14001 Karlov Avenue** | CITY, STATE AND ZIP CODE<br><br>**Crestwood, IL 60445** | | **COUNTY**<br><br>**Cook** |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Race     Age     **Retaliation** | **DATE OF DISCRIMINATION**<br>**EARLIEST (ADEA/EPA)    LATEST (ALL)**<br><br>**2/2017**       **03/2017**<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**I.**    **A.**    **ISSUE/BASIS**

            **FINAL WARNING - FEBRUARY 8, 2017, BECAUSE OF MY RACE, BLACK**

    **B.**    **PRIMA FACIE ALLEGATIONS**

        **1.**    **My race is black.**

        **2.**    **I began my employment with Respondent in February 2015. My work performance as a lot coordinator meets Respondent's legitimate expectations.**

**Page 1 of 4**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **SUBSCRIBED AND SWORN TO BEFORE ME**<br><br>**THIS** _9th_ **DAY OF** _March 2017._<br><br>_Donna M. Evans_<br>**NOTARY SIGNATURE** |
|---|---|
| OFFICIAL SEAL<br>DONNA M EVANS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:06/03/18<br><br>**NOTARY STAMP** | x _Terry L Dyson_    3-9-17<br>**SIGNATURE OF COMPLAINANT**     **DATE**<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)

Charge Number: 2017CA1973
Complainant: Terry Dyson, Sr.
Page 2 of 4

3. On February 8, 2017, I was placed on a final warning. The reason given by Mike Kirby (non-black), Supervisor and Chuck Anderson (non-black), Supervisor, was violation of Respondent's policy.

4. Similarly situated non-black employees who have violated Respondent's policy were treated more favorably under similar circumstances.

II. A. ISSUE/BASIS

FINAL WARNING – FEBRUARY 8, 2017, BECAUSE OF MY AGE, 57

B. PRIMA FACIE ALLEGATIONS

1. My age at the time of the alleged harm was 57.

2. I began my employment with Respondent in February 2015. My work performance as a lot coordinator meets Respondent's legitimate expectations.

3. On February 8, 2017, I was placed on a final warning. The reason given by Mike Kirby (age unknown), Supervisor and Chuck Anderson (age unknown), Supervisor, was violation of Respondent's policy.

4. Similarly situated employees who are younger than age 40 and have violated Respondent's policy were treated more favorably under similar circumstances.

III. A. ISSUE/BASIS

FINAL WARNING – FEBRUARY 8, 2017, IN RETALIATION FOR FILING A CHARGE OF DISCRIMINATION

B. PRIMA FACIE ALLEGATIONS

1. In November 2016, I engaged in a protected activity when I filed charge number 2017CA1003, against Respondent with the Department of Human Rights.

2. On February 8, 2017, I was placed on a final warning. The reason given by Mike Kirby, Supervisor and Chuck Anderson, Supervisor, was violation of Respondent's policy.

3. The adverse action followed the filing of my previous charge within such a period of time as to raise an inference of retaliatory motivation

Charge Number: 2017CA1973
Complainant: Terry Dyson, Sr.
Page 3 of 4

IV.     A.      ISSUE/BASIS

        SUSPENSION – FEBRUARY 8, 2017, BECAUSE OF MY RACE, BLACK

        B.      PRIMA FACIE ALLEGATIONS

                1.      My race is black.

                2.      I began my employment with Respondent in February 2015. My work
                        performance as a lot coordinator meets Respondent's legitimate
                        expectations.

                3.      On February 8, 2017, I was given a five day suspension. The reason
                        given by Mike Kirby (non-black), Supervisor and Chuck Anderson
                        (non-black), Supervisor, was violation of Respondent's policy.

                4.      Similarly situated non-black employees who have violated
                        Respondent's policy were treated more favorably under similar
                        circumstances.

V.      A.      ISSUE/BASIS

        SUSPENSION – FEBRUARY 8, 2017, BECAUSE OF MY AGE, 57

        B.      PRIMA FACIE ALLEGATIONS

                1.      My age at the time of the alleged harm was 57.

                2.      I began my employment with Respondent in February 2015. My work
                        performance as a lot coordinator meets Respondent's legitimate
                        expectations.

                3.      On February 8, 2017, I was given a five day suspension. The reason
                        given by Mike Kirby (age unknown), Supervisor and Chuck Anderson
                        (age unknown), Supervisor, was violation of Respondent's policy.

                4.      Similarly situated employees younger than age 40 who have violated
                        Respondent's policy were treated more favorably under similar
                        circumstances.

Charge Number: 2017CA1973
Complainant: Terry Dyson, Sr.
Page 4 of 4

VI.     A.      ISSUE/BASIS

                SUSPENSION – FEBRUARY 8, 2017, IN RETALIATION FOR FILING
                A CHARGE OF DISCRIMINATION

        B.      PRIMA FACIE ALLEGATIONS

                1.      In November 2016, I engaged in a protected activity when I filed
                        charge number 2017CA1003, against Respondent with the Department
                        of Human Rights.

                2.      On February 8, 2017, I was given a five day suspension. The reason
                        given by Mike Kirby, Supervisor and Chuck Anderson, Supervisor,
                        was violation of Respondent's policy.

                3.      The adverse action followed the filing of my previous charge within
                        such a period of time as to raise an inference of retaliatory motivation

VII.    A.      ISSUE/BASIS

                HARASSMENT – MARCH 2017, IN RETALIATION FOR FILING A
                CHARGE OF DISCRIMINATION

        B.      PRIMA FACIE ALLEGATIONS

                1.      In November 2016, I engaged in a protected activity when I filed
                        charge number 2017CA1003, against Respondent with the Department
                        of Human Rights.

                2.      On March 7, 2017, Larry Hero, Owner, threatened to fire me if I
                        appeared at the fact finding conference scheduled for March 9, 2017,
                        by the Illinois Department of Human Rights.

                3.      The adverse action followed the filing of my previous charge within
                        such a period of time as to raise an inference of retaliatory motivation

MEE/RCG



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
INTAKE FAX (312) 869-8170

## PLEASE READ FIRST

This is in response to your request that a Charge Questionnaire be sent to you because you believe that you may have been discriminated against in employment. Please read the enclosed fact sheet, "Information on Employment Discrimination" before filling out the questionnaire. If your complaint (1) is against one of the covered organizations, (2) falls under one or more of the laws described, and (3) asserts harm which occurred less than 300 days ago, complete the enclosed questionnaire and bring, fax or mail it to the Commission office at the above address. An officer of the Commission will interview you to determine whether a charge of discrimination should be filed. Our office hours for interviews are 8:45 AM and 10:45 AM Monday through Friday. Interviews are conducted by appointment. Walk-ins are accepted if you arrive before 11:30 AM, but appointments have priority and you may be asked to make an appointment due to available resources. Please call (312) 869-8010 to schedule an appointment.

If you live more than 50 miles from Chicago or <u>cannot</u> come into the office because of impairment, you may mail or Fax the questionnaire to the above address. Because of staff shortages there will be a delay before you are contacted. If you are not contacted within 60 days for an appointment, you may call (312) 869-8010. Please attach a note to your form stating what times you are normally available to receive telephone calls and at what number you may be reached.

When you bring, mail or Fax in your questionnaire, we ask that you provide or attach any evidence available to you which might be relevant to your claim. For example, this might include (1) the names of individuals who were treated the same as you and of those who were treated better than you, (2) the names, addresses, and telephone numbers of witnesses; and (3) copies of documents which tell what happened to you and/or the policy under which it happened.

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can be handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC was created by Congress to investigate allegations of employment discrimination engaged in by private employers, public state and local governments, labor unions and employment agencies. The EEOC <u>can only investigate allegations</u> of employment discrimination because of one or more of the reasons listed below:

Your race,
Your color (darkness or lightness of skin),
Your sex,
Your religion,
Your national origin,
Your age (if you are 40 or older), or
Your disability (includes employer's belief that you are disabled),
Your genetic information (acquiring or use of)
Opposing or protesting an act violating one of the laws enforced by EEOC,
Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEOC can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC **does not** accept complaints of discrimination against the <u>Federal Government</u>. Such complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC **does not** investigate charges alleging unfairness unrelated to race, color, sex, religion, national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, national origin, and disability require that an employer must employ 15 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires that the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

1. Investigate to the extent EEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

2. Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or;

3. **Provide the Charging Party with a notice which permits him/her to sue the Respondent.**

# YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

**My signature acknowledges that I have read the above: INFORMATION ON EMPLOYMENT DISCRIMINATION and YOU MAY FILE A CHARGE.**

Signature: _____ Date: 9-1-17

CASE # 21 BA 70 949

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/19

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

### 1. Personal Information

Last Name: Dyson    First Name: TERRY    MI: L.

Street or Mailing Address: 3738 W. 139 PL    Apt or Unit #:

City: ROBBiNS    County: COOK    State: ILL    Zip: 60472

Phone Numbers: Home: (   )    Work: (   )

Cell: (312) 890-16503    Email Address:

Date of Birth: 8-20-1959    Sex: ☒ Male ☐ Female    Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions.    i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? UNITED STATES

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: DAViD Dyson    Relationship: BROTHEr

Address: 13731 LAwNDALE    City: ROBBiNS    State: IL    Zip Code: 60472

Home Phone: (   )    Other Phone: (708) 712-2244

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer    ☐ Union    ☐ Employment Agency    ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: AMERiCA's AUTO AUCTiON CHiCAGO

Address: 14001 S. KASLOV AVE    County: COOK

City: CRESTWOOD    State: IL    Zip: 60445    Phone: (   )

Type of Business: SALE CARS    Job Location if different from Org. Address:

Human Resources Director or Owner Name: KELLY    Phone: (   )

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15    ☒ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☐ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: 2-15    Job Title At Hire: DRiVER ON AUCTiON DAYS

Pay Rate When Hired: 8.50 MO=Yr    Last or Current Pay Rate: 10°° 7-1-2017 HAPPEN

Job Title at Time of Alleged Discrimination: MAiNTENANCE DENiED PoSiTion    Date Quit/Discharged: WORKiNG THERE PRESENTLY

Name and Title of Immediate Supervisor: MiKE KiRBY

If Job Applicant, Date You Applied for Job 10-2016    Job Title Applied For MAiNTENANCE-PoSiTion

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing  ii. family medical history  iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? RATE of PAY
10⁰⁰ AN Hour

Other reason (basis) for discrimination (Explain): TERRY DYSON AFRICAN AMEO / RICH HORATH CANCASIAN GOT THE PRESENTED

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 3-9-2017  Action: I REQUEST FOR MAINTENANCE POSITION TO LARRY HERO AT FACT FINDING CONFERENCE MY ATTORNEY PRESENT LATER DENIED.
Name and Title of Person(s) Responsible: GENERAL MANAGER LARRY HERO

B. Date: _____ Action: LATER THIS POSITION WAS GIVEN TO RICH HORATH, THEN TO DAVE REYHER, WHILE UNDER FEDERAL INVESTIGATION
Name and Title of Person(s) Responsible

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
THEY WERE DETERMINE NOT TO GIVE ME A RAISE TO MAKE ME QUIT BEFORE 7-1-17 HAPPEN, EVERY ONE GOT PROMOTIONS

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?** BUT ME HIS ANSWER WAS GERARD LEE IS OR SHOULD BE GLADE TO HAVE HIS JOB (DISCRIMINATION AND RETALIATION)

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. I DON'T KNOW ANY ONE ELSE. | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. I DON'T KNOW ANY ONE ELSE

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. I DON'T KNOW ANY ONE ELSE

B.

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☑ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
NO

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☑ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☑ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)
_____

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

**14. Have you filed a charge previously on this matter with the EEOC or another agency?** ☐ Yes ☑ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
NOT YET

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

**BOX 2** ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/19

Signature                                Today's Date    1-17

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

CASE # 21BA 70949



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
INTAKE FAX (312) 869-8170

## PLEASE READ FIRST

This is in response to your request that a Charge Questionnaire be sent to you because you believe that you may have been discriminated against in employment. Please read the enclosed fact sheet, "Information on Employment Discrimination" before filling out the questionnaire. If your complaint (1) is against one of the covered organizations, (2) falls under one or more of the laws described, and (3) asserts harm which occurred less than 300 days ago, complete the enclosed questionnaire and bring, fax or mail it to the Commission office at the above address. An officer of the Commission will interview you to determine whether a charge of discrimination should be filed. Our office hours for interviews are 8:45 AM and 10:45 AM Monday through Friday. Interviews are conducted by appointment. Walk-ins are accepted if you arrive before 11:30 AM, but appointments have priority and you may be asked to make an appointment due to available resources. Please call (312) 869-8010 to schedule an appointment.

If you live more than 50 miles from Chicago or cannot come into the office because of impairment, you may mail or Fax the questionnaire to the above address. Because of staff shortages there will be a delay before you are contacted. If you are not contacted within 60 days for an appointment, you may call (312) 869-8010. Please attach a note to your form stating what times you are normally available to receive telephone calls and at what number you may be reached.

When you bring, mail or Fax in your questionnaire, we ask that you provide or attach any evidence available to you which might be relevant to your claim. For example, this might include (1) the names of individuals who were treated the same as you and of those who were treated better than you, (2) the names, addresses, and telephone numbers of witnesses; and (3) copies of documents which tell what happened to you and/or the policy under which it happened.

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can b handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC wa created by Congress to investigate allegations of employment discrimination engaged in by privat employers, public state and local governments, labor unions and employment agencies. The EEOC ca only investigate allegations of employment discrimination because of one or more of the reasons liste below:

    Your race,
    Your color (darkness or lightness of skin),
    Your sex,
    Your religion,
    Your national origin,
    Your age (if you are 40 or older), or
    Your disability (includes employer's belief that you are disabled),
    Your genetic information (acquiring or use of)
    Opposing or protesting an act violating one of the laws enforced by EEOC,
    Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
    Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEOC can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC **does not** accept complaints of discrimination against the Federal Government. Such complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC **does not** investigate charges alleging unfairness unrelated to race, color, sex, religion, national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, national origin, and disability require that an employer must employ 15 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires that the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

    1.    Investigate to the extent EEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

    2    Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or;

    3.    **Provide the Charging Party with a notice which permits him/her to sue the Respondent.**

# YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

**My signature acknowledges that I have read the above: INFORMATION ON EMPLOYMENT DISCRIMINATION and YOU MAY FILE A CHARGE.**

Signature: _____ Date: 9-1-17

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/19

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportun
Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within t
time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we recei
this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages**
needed to complete your responses. **If you do not know the answer to a question, answer by stating "not known." If**
question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: DYSON          First Name: TERRY          MI: L.

Street or Mailing Address: 3738 W. 139ᵗʰ          Apt or Unit #:

City: RoBBiNS          County: COOK          State: ILL.   Zip: 60472

Phone Numbers: Home: (____) _____   Work: (____) _____

Cell: (312) 590-6503   Email Address:

Date of Birth: 08-20-1959   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☑ Yes ☐ No

**Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No**

ii. What is your Race?   Please choose all that apply.  ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? UNITED STATES

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: DAVID DYSON          Relationship: BROTHER

Address: 13731 LAWNDALE   City: RoBBiNS   State: ILL Zip Code: 60472

Home Phone: (____) _____   Other Phone: (708) 712-2244

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you
work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is**
**involved, attach additional sheets.**

Organization Name: AMERICA'S AUTO AUCTION

Address: 14001 KARLOV AVE   County: COOK

City: CRESTWOOD   State: ILL Zip: 60445   Phone: (____) _____

Type of Business: SALE CARS   Job Location if different from Org. Address:

Human Resources Director or Owner Name: _____   Phone: (____) _____

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☑ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☑ No

Date Hired: FEB 2015   Job Title At Hire: DRIVER ON AUCTION DAYS

Pay Rate When Hired: 8.50   Last or Current Pay Rate: 10.00

Job Title at Time of Alleged Discrimination: LOT Co-ordinate Date Quit/Discharged: WORKING THERE PRESENTLY

Name and Title of Immediate Supervisor: MIKE KIRBY

If Job Applicant, Date You Applied for Job 5 – 2016 Job Title Applied For TIRE REPAIR MAN

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should che all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing ii. family medical history iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: I'm African Amer THESE Caucasian - Mex.

If you checked genetic information, how did the employer obtain the genetic information? N/A

Other reason (basis) for discrimination (Explain): I ASKED For THIS POSITION TWICE AND DENIED TWIC

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 5/2016 Action: I ASK Former SUPETVISOT FOR THIS POSIT BUT A YOUNGET CAUCASIANS CHIS JUANIDOS - AND DREW GOT THIS

Name and Title of Person(s) Responsible: MIKE THEIS

B. Date: 6-12-2027 Action: I WAS TOLD THAT I HAVE THE EXPERIENC FOR THIS BY SUPETVISOT MIKE KIRBY AND HAVE THE JOB BUT STILL DE

Name and Title of Person(s) Responsible MIKE KIRBY

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

MANAGEMENT FAVORS HIS RACE OVES ME AND HE FAVOT YOUNGET MEN OVET ME (WHILE UNDET FEDETAL INVESTIGATIO)

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

SUPETVISOT KIRBY TOLD ME I GOT THE POSITION BUT DENIED ME AND GAVE IT TO JOHN KRENN.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. I DON'T KNOW ANY ONE ELSE - | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. I DON'T KNOW ANY ONE ELSE | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. I DON'T KNOW ANY ONE ELSE | | | |
| B. | | | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**9. Please check all that apply:**

☑ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

NO

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☑ No

If "Yes," what medication, medical equipment or other assistance do you use?

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☑ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? ————

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: ————

How did your employer respond to your request? ————

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us wha they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | NO ONE WILL TALK IN FEAR OF LOSING THEIR JOB |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes. ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

NO RESULTS YET

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on th questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located ir a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charg or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that thé EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____     OFFICIAL SEAL
Signature                     M SOZZER
                              NOTARY PUBLIC, STATE OF ILLINOIS     8-1-17
                              MY COMMISSION EXPIRES:09/18/19     Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

#3.  CASE # 21BA70944



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Chicago District Office

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
INTAKE FAX (312) 869-8170

## PLEASE READ FIRST

This is in response to your request that a Charge Questionnaire be sent to you because you believe that you may have been discriminated against in employment. Please read the enclosed fact sheet, "Information on Employment Discrimination" before filling out the questionnaire. If your complaint (1) is against one of the covered organizations, (2) falls under one or more of the laws described, and (3) asserts harm which occurred less than 300 days ago, complete the enclosed questionnaire and bring, fax or mail it to the Commission office at the above address. An officer of the Commission will interview you to determine whether a charge of discrimination should be filed. Our office hours for interviews are 8:45 AM and 10:45 AM Monday through Friday. Interviews are conducted by appointment. Walk-ins are accepted if you arrive before 11:30 AM, but appointments have priority and you may be asked to make an appointment due to available resources. Please call (312) 869-8010 to schedule an appointment.

If you live more than 50 miles from Chicago or cannot come into the office because of impairment, you may mail or Fax the questionnaire to the above address. Because of staff shortages there will be a delay before you are contacted. If you are not contacted within 60 days for an appointment, you may call (312) 869-8010. Please attach a note to your form stating what times you are normally available to receive telephone calls and at what number you may be reached.

When you bring, mail or Fax in your questionnaire, we ask that you provide or attach any evidence available to you which might be relevant to your claim. For example, this might include (1) the names of individuals who were treated the same as you and of those who were treated better than you, (2) the names, addresses, and telephone numbers of witnesses; and (3) copies of documents which tell what happened to you and/or the policy under which it happened.

EMPLOYEE HANDBOOK - pg #9

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can be handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC was created by Congress to investigate allegations of employment discrimination engaged in by private employers, public state and local governments, labor unions and employment agencies. The EEOC can only investigate allegations of employment discrimination because of one or more of the reasons listed below:

Your race,
Your color (darkness or lightness of skin),
Your sex,
Your religion,
Your national origin,
Your age (if you are 40 or older), or
Your disability (includes employer's belief that you are disabled),
Your genetic information (acquiring or use of)
Opposing or protesting an act violating one of the laws enforced by EEOC,
Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEOC can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC **does not** accept complaints of discrimination against the Federal Government. Such complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC **does not** investigate charges alleging unfairness unrelated to race, color, sex, religion, national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, national origin, and disability require that an employer must employ 15 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires that the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

1. Investigate to the extent EEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

2. Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or;

3. **Provide the Charging Party with a notice which permits him/her to sue the Respondent.**

# YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

My signature acknowledges that I have read the above: INFORMATION ON EMPLOYMENT DISCRIMINATION and YOU MAY FILE A CHARGE.

Signature: _____     Date: 9-1-17

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/19

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

1. **Personal Information**

Last Name: DYSON    First Name: TERRY    MI: L.

Street or Mailing Address: 3738 W. 139TH PL    Apt or Unit #:

City: ROBBINS    County: COOK    State: ILL    Zip: 60472

Phone Numbers: Home: (312) 890-6503    Work: ( )

Cell: ( )    Email Address:

Date of Birth: 05-20-1959    Sex: ☒ Male ☐ Female    Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions.    i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?  Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: DAVID DYSON    Relationship: BROTHER

Address:    City: ROBBINS    State: ILL    Zip Code: 60472

Home Phone: ( )    Other Phone: (708) 712-2244

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked.  If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: AMERICA'S AUTO AUCTION CHICAGO

Address:    County: COOK

City: CRESTWOOD    State: ILL    Zip:    Phone: ( )

Type of Business:    Job Location if different from Org. Address:

Human Resources Director or Owner Name:    Phone: ( )

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15    ☐ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☐ More than 500

3. **Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: 02-2015    Job Title At Hire: DRIVER ON AUCTION DAY

Pay Rate When Hired: 850    Last or Current Pay Rate: 10⁰⁰ 07-1-2017 HAPPENED

Job Title at Time of Alleged Discrimination: HARASSMENT    Date Quit/Discharged: PRESENTLY Emp⅚

Name and Title of Immediate Supervisor: GENERAL MANAGER HERO/SUPERVISOR LARRY KIRBY mike

If Job Applicant, Date You Applied for Job    Job Title Applied For

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _____   Action: SEE ATTACHMENT:

_____

Name and Title of Person(s) Responsible: _____

B. Date: _____   Action: _____

_____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

_____

_____

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

_____

_____

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. JOE GREENWALT - CAUCASIAN - MALE - MID 30'S
HE DON'T DO NO WORK - BECAUSE HE'S THE SUPERVISOR FRIEND

B. VERONICA VOTTER - CAUCASIAN - FEMALE - EARLY 20'S
SHE GETS AWAY NONE WORK - BECAUSE SHE DO SPECIAL FAVORS
For Supervisor
MIKE KIRBY
BRAD MANSANAREZ 2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. NO-ONE | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. NO-ONE | | | |
| B. | | | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
- ☑ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

NO

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☑ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☑ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: N/A

How did your employer respond to your request? N/A

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☑ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

NO RESULTS YET

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____   OFFICIAL SEAL   _____
Signature                   M SOZZER          Today's Date
                            NOTARY PUBLIC - STATE OF ILLINOIS
                            MY COMMISSION EXPIRES:09/18/19

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to request the requested information.

November 2009



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
INTAKE FAX (312) 869-8170

## PLEASE READ FIRST

This is in response to your request that a Charge Questionnaire be sent to you because you believe that you may have been discriminated against in employment. Please read the enclosed fact sheet, "Information on Employment Discrimination" before filling out the questionnaire. If your complaint (1) is against one of the covered organizations, (2) falls under one or more of the laws described, and (3) asserts harm which occurred less than 300 days ago, complete the enclosed questionnaire and bring, fax or mail it to the Commission office at the above address. An officer of the Commission will interview you to determine whether a charge of discrimination should be filed. Our office hours for interviews are 8:45 AM and 10:45 AM Monday through Friday. Interviews are conducted by appointment. Walk-ins are accepted if you arrive before 11:30 AM, but appointments have priority and you may be asked to make an appointment due to available resources. Please call (312) 869-8010 to schedule an appointment.

If you live more than 50 miles from Chicago or <u>cannot</u> come into the office because of impairment, you may mail or Fax the questionnaire to the above address. Because of staff shortages there will be a delay before you are contacted. If you are not contacted within 60 days for an appointment, you may call (312) 869-8010. Please attach a note to your form stating what times you are normally available to receive telephone calls and at what number you may be reached.

When you bring, mail or Fax in your questionnaire, we ask that you provide or attach any evidence available to you which might be relevant to your claim. For example, this might include (1) the names of individuals who were treated the same as you and of those who were treated better than you, (2) the names, addresses, and telephone numbers of witnesses; and (3) copies of documents which tell what happened to you and/or the policy under which it happened.

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can be handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC was created by Congress to investigate allegations of employment discrimination engaged in by private employers, public state and local governments, labor unions and employment agencies. The EEOC <u>can only investigate allegations</u> of employment discrimination because of one or more of the reasons listed below:

      Your race,
      Your color (darkness or lightness of skin),
      Your sex,
      Your religion,
      Your national origin,
      Your age (if you are 40 or older), or
      Your disability (includes employer's belief that you are disabled),
      Your genetic information (acquiring or use of)
      Opposing or protesting an act violating one of the laws enforced by EEOC,
      Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
      Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEOC can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC **does not** accept complaints of discrimination against the <u>Federal Government</u>. Such complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC **does not** investigate charges alleging unfairness unrelated to race, color, sex, religion, national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, national origin, and disability require that an employer must employ 15 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires that the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

1. Investigate to the extent EEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

2. Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or

3. **Provide the Charging Party with a notice which permits him/her to sue the Respondent.**

# YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

**My signature acknowledges that I have read the above:
INFORMATION ON EMPLOYMENT
DISCRIMINATION and YOU MAY FILE A CHARGE.**

Signature: _____   Date: 9-1-17

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/19

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

### 1. Personal Information

Last Name: DYSON First Name: TERRy MI: _____

Street or Mailing Address: 3778 W. 139½ Apt or Unit #: _____

City: RoBBiNS County: Cook State: ILL Zip: 60472

Phone Numbers: Home: ( ) _____ Work: ( ) _____

Cell: (312) 890-6503 Email Address: _____

Date of Birth: 8-20-54 Sex: ☑ Male ☐ Female Do You Have a Disability? ☑ Yes ☐ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _____

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: DAViD DySoN Relationship: BroTHEr

Address: 13701 City: RoBBiNS State: ILL Zip Code: 60472

Home Phone: ( ) _____ Other Phone: ( ) _____

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: AmERicA AuTo AUCTion

Address: 14001 KArlov AVE County: _____

City: CrESTWooD State: Ill Zip: _____ Phone: (708) 389-4488

Type of Business: CArS Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _____ Phone: ( ) _____

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15 ☑ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☐ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: 2 - 15 Job Title At Hire: Driver

Pay Rate When Hired: 8 50 Last or Current Pay Rate: 10 00 7-1-17

Job Title at Time of Alleged Discrimination: _____ Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: miKE KirBy

If Job Applicant, Date You Applied for Job _____ Job Title Applied For EmploYEE REHiRE

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☑ Age ☑ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): RE-HIRE EMPLOYEE WAGES ARE HIGHER THAN ME.

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _____ Action: _____

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_____

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?

_____

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|------------------------|
| A. | | | |
| B. | | | |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____
_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____
_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____
_____
_____

How did your employer respond to your request? _____
_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/19

_____     9-1-17
Signature                   Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

*# : CASE# 21 BA 70949*

*4*



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Chicago District Office

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
INTAKE FAX (312) 869-8170

## PLEASE READ FIRST

This is in response to your request that a Charge Questionnaire be sent to you because you believe that you may have been discriminated against in employment. Please read the enclosed fact sheet, "Information on Employment Discrimination" before filling out the questionnaire. If your complaint (1) is against one of the covered organizations, (2) falls under one or more of the laws described, and (3) asserts harm which occurred less than 300 days ago, complete the enclosed questionnaire and bring, fax or mail it to the Commission office at the above address. An officer of the Commission will interview you to determine whether a charge of discrimination should be filed. Our office hours for interviews are 8:45 AM and 10:45 AM Monday through Friday. Interviews are conducted by appointment. Walk-ins are accepted if you arrive before 11:30 AM, but appointments have priority and you may be asked to make an appointment due to available resources. Please call (312) 869-8010 to schedule an appointment.

If you live more than 50 miles from Chicago or <u>cannot</u> come into the office because of impairment, you may mail or Fax the questionnaire to the above address. Because of staff shortages there will be a delay before you are contacted. If you are not contacted within 60 days for an appointment, you may call (312) 869-8010. Please attach a note to your form stating what times you are normally available to receive telephone calls and at what number you may be reached.

When you bring, mail or Fax in your questionnaire, we ask that you provide or attach any evidence available to you which might be relevant to your claim. For example, this might include (1) the names of individuals who were treated the same as you and of those who were treated better than you, (2) the names, addresses, and telephone numbers of witnesses; and (3) copies of documents which tell what happened to you and/or the policy under which it happened.

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can b handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC wa created by Congress to investigate allegations of employment discrimination engaged in by privat employers, public state and local governments, labor unions and employment agencies. The EEOC <u>ca only investigate allegations</u> of employment discrimination because of one or more of the reasons liste below:

> Your race,
> Your color (darkness or lightness of skin),
> Your sex,
> Your religion,
> Your national origin,
> Your age (if you are 40 or older), or
> Your disability (includes employer's belief that you are disabled),
> Your genetic information (acquiring or use of)
> Opposing or protesting an act violating one of the laws enforced by EEOC,
> Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
> Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEOC can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC **does not** accept complaints of discrimination against the <u>Federal Government</u>. Such complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC **does not** investigate charges alleging unfairness unrelated to race, color, sex, religion national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, nationa origin, and disability require that an employer must employ 15 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires that the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

1.   Investigate to the extent EEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

2    Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or

3.   **Provide the Charging Party with a notice which permits him/her to sue the Respondent.**

# YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

**My signature acknowledges that I have read the above: INFORMATION ON EMPLOYMENT DISCRIMINATION and YOU MAY FILE A CHARGE.**

Signature: _____ Date: 9-8-17

OFFICIAL SEAL
M BOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/13/19

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportun Commission ("EEOC"). **REMEMBER,** a charge of employment discrimination must be filed within t time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we recei this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If question is not applicable, write "N/A." (PLEASE PRINT)

### 1. Personal Information

Last Name: Dyson First Name: Terry MI: L.

Street or Mailing Address: 3738 W. 138½ Apt or Unit #:

City: Robbins County: Cook State: ILL Zip: 60477

Phone Numbers: Home: ( ) Work: ( )

Cell: (312) 890-6503 Email Address:

Date of Birth: 08-20-1959 Sex: ☑ Male ☐ Female Do You Have a Disability? ☑ Yes ☐ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White

☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? UNITED STATES

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: David Dyson Relationship: Brother

Address: 13731 Lawndale City: Robbin State: ILL Zip Code: 60472

Home Phone: ( ) Other Phone: (708) 712-2244

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: America's Auto Auction Chicago

Address: 14001 Karlov County: Cook

City: Crestwood State: ILL Zip: 60445 Phone: ( )

Type of Business: Car Sales Job Location if different from Org. Address:

Human Resources Director or Owner Name: Phone: ( )

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15 ☑ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☐ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: Feb 2015 Job Title At Hire: Driver For Auction Days

Pay Rate When Hired: 8.50 Last or Current Pay Rate: 7.5 2017 Happen 10⁵¹

Job Title at Time of Alleged Discrimination: Wage Manipulation Date Quit/Discharged:

Name and Title of Immediate Supervisor: Mike Kirby

If Job Applicant, Date You Applied for Job Job Title Applied For

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should che all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing    ii. family medical history    iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: BEFORE 7-1-2017 MADE mor[e] EVERYONE

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain): NO CHANCE OF ADVANCEMENT

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 1-2017 To PRESENT    Action: MANAGEMENT RAISE AND LOWERED my RATE OF PAY (WHILE UNDER FEDERAL INVESTIGATION)

Name and Title of Person(s) Responsible: GENERAL MANAGER

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

THAT I KNOW OF (NO ONE BUT ME THAT THIS HAPPEN TOO)

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

I TOLD SUPERVISORS THEY SAID THEY WOULD FIX-IT BUT NEVER DID

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatmen |
|---|---|---|---|

A. NO ONE Will TALK BECAUSE of FEAr (oF LoSiNg THESE Jo

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. NO oNE Will TALK

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tel us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☑ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
NO

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☑ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☑ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: N/A

How did your employer respond to your request? N/A

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. NO ONE WILL TALK BECAUSE OF FEAR THEY WILL LOSING THE JOB | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on th questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day yo knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located ii a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charg or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                          OFFICIAL SEAL
Signature                                          M SOZZER
                                                   NOTARY PUBLIC - STATE OF ILLINOIS
                                                   MY COMMISSION EXPIRES 09/18/19          Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

CASE # 21 BA 70 949



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
INTAKE FAX (312) 869-8170

## PLEASE READ FIRST

This is in response to your request that a Charge Questionnaire be sent to you because you believe that you may have been discriminated against in employment. Please read the enclosed fact sheet, "Information on Employment Discrimination" before filling out the questionnaire. If your complaint (1) is against one of the covered organizations, (2) falls under one or more of the laws described, and (3) asserts harm which occurred less than 300 days ago, complete the enclosed questionnaire and bring, fax or mail it to the Commission office at the above address. An officer of the Commission will interview you to determine whether a charge of discrimination should be filed. Our office hours for interviews are 8:45 AM and 10:45 AM Monday through Friday. Interviews are conducted by appointment. Walk-ins are accepted if you arrive before 11:30 AM, but appointments have priority and you may be asked to make an appointment due to available resources. Please call (312) 869-8010 to schedule an appointment.

If you live more than 50 miles from Chicago or <u>cannot</u> come into the office because of impairment, you may mail or Fax the questionnaire to the above address. Because of staff shortages there will be a delay before you are contacted. If you are not contacted within 60 days for an appointment, you may call (312) 869-8010. Please attach a note to your form stating what times you are normally available to receive telephone calls and at what number you may be reached.

When you bring, mail or Fax in your questionnaire, we ask that you provide or attach any evidence available to you which might be relevant to your claim. For example, this might include (1) the names of individuals who were treated the same as you and of those who were treated better than you, (2) the names, addresses, and telephone numbers of witnesses; and (3) copies of documents which tell what happened to you and/or the policy under which it happened.

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can b handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC wa created by Congress to investigate allegations of employment discrimination engaged in by priva employers, public state and local governments, labor unions and employment agencies. The EEOC ca only investigate allegations of employment discrimination because of one or more of the reasons liste below:

Your race,
Your color (darkness or lightness of skin),
Your sex,
Your religion,
Your national origin,
Your age (if you are 40 or older), or
Your disability (includes employer's belief that you are disabled),
Your genetic information (acquiring or use of)
Opposing or protesting an act violating one of the laws enforced by EEOC,
Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEO( can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC **does not** accept complaints of discrimination against the Federal Government. Suc complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC **does not** investigate charges alleging unfairness unrelated to race, color, sex, religior national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, nationa origin, and disability require that an employer must employ 15 or more employees, and a charge must bi filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires tha the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal worl requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employe must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

1. Investigate to the extent EEOC deems necessary to determine whether illegal employmen discrimination probably has occurred;

2 Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or;

3. **Provide the Charging Party with a notice which permits him/her to sue the Respondent.**

# YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

My signature acknowledges that I have read the above: **INFORMATION ON EMPLOYMENT DISCRIMINATION and YOU MAY FILE A CHARGE.**

Signature: _____ Date: 9-1-17

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/19

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportur Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we rece this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional page: needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." I question is not applicable, write "N/A." (PLEASE PRINT)

### 1. Personal Information

Last Name: DYSON    First Name: TERRY    MI: L

Street or Mailing Address: 3738 W 139 Pl    Apt or Unit #:

City: ROBBINS    County: COOK    State: ILL    Zip: 60472

Phone Numbers: Home: ( )    Work: ( )

Cell: (312) 890-6503    Email Address:

Date of Birth: 08-20-1959    Sex: ☑ Male ☐ Female    Do You Have a Disability? ☑ Yes ☐ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: DAVID DYSON    Relationship: BROTHER

Address: 13731 LAWNDALE   City: ROBBINS   State: ILL   Zip Code: 60472

Home Phone: ( )    Other Phone: (708) 712-2244

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: AMERICA'S AUTO AUCTION CHICAGO

Address: 14001 S. Karlov Ave    County: Cook

City: CRESTWOOD    State: IL   Zip: 60445   Phone: ( )

Type of Business: SALE CARS    Job Location if different from Org. Address:

Human Resources Director or Owner Name: KELLY    Phone: ( )

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☑ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☐ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: 02-15    Job Title At Hire: DRIVER ON AUCTION DAYS

Pay Rate When Hired: 8 50    Last or Current Pay Rate: 10 00 7-1-2007 HAPPEN

Job Title at Time of Alleged Discrimination: MANIPULATING OF Work HourS   Date Quit/Discharged: WORKING THERE PRESENTLY

Name and Title of Immediate Supervisor: MIKE KIRBY

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box nex Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should ch all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☒ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Underline the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 5-10-17   Action: ON MY LUNCH BREAK I WAS HELPING CUSTOMERS WITH THEIRS CARS AND FORGOT TO CLOCK-IN →
Name and Title of Person(s) Responsible: SUPERVISOR MIKE KIRBY   HE'LL FIX ??

B. Date: _____ Action: _____
HE CAN CHANGE MY TIME OF (HOURS) WITH THE COMPUTER.
Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
THIS DON'T HAPPEN TO EVERY-ONE (JOE GREENWALT)

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
I HEAR THAT GENERAL MANAGER HERO IS TRYING TO MEET HIS QUOTA

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. YES JOE GREENWALT | | | HE DON'T WORK OR DO ANYTHING |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatmen |
|-----------|--------------------------------------------------------|-----------|------------------------|
| A. NONE | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|------------------------|
| A. ETHAN WILLS | | HE'S going THROUGH THE SAME AS my SELF | |
| B. | | | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tel us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
- ☑ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

NONE

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☑ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☑ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

No

Describe the changes or assistance that you asked for: NONE

How did your employer respond to your request? NONE

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us whi they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | NO ONE WILL TALK IN FEAR OF LOSING THEIR JOBS | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☑ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
NO RESULTS YET

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on th questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day ye knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located i a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.**

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

**BOX 2** ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/19

_____     _____
Signature                              Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a) 3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

CASE # 21 BA 70944

#



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
INTAKE FAX (312) 869-8170

## PLEASE READ FIRST

This is in response to your request that a Charge Questionnaire be sent to you because you believe that you may have been discriminated against in employment. Please read the enclosed fact sheet, "Information on Employment Discrimination" before filling out the questionnaire. If your complaint (1) is against one of the covered organizations, (2) falls under one or more of the laws described, and (3) asserts harm which occurred less than 300 days ago, complete the enclosed questionnaire and bring, fax or mail it to the Commission office at the above address. An officer of the Commission will interview you to determine whether a charge of discrimination should be filed. Our office hours for interviews are 8:45 AM and 10:45 AM Monday through Friday. Interviews are conducted by appointment. Walk-ins are accepted if you arrive before 11:30 AM, but appointments have priority and you may be asked to make an appointment due to available resources. Please call (312) 869-8010 to schedule an appointment.

If you live more than 50 miles from Chicago or cannot come into the office because of impairment, you may mail or Fax the questionnaire to the above address. Because of staff shortages there will be a delay before you are contacted. If you are not contacted within 60 days for an appointment, you may call (312) 869-8010. Please attach a note to your form stating what times you are normally available to receive telephone calls and at what number you may be reached.

When you bring, mail or Fax in your questionnaire, we ask that you provide or attach any evidence available to you which might be relevant to your claim. For example, this might include (1) the names of individuals who were treated the same as you and of those who were treated better than you, (2) the names, addresses, and telephone numbers of witnesses; and (3) copies of documents which tell what happened to you and/or the policy under which it happened.

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can b handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC wa created by Congress to investigate allegations of employment discrimination engaged in by privat employers, public state and local governments, labor unions and employment agencies. The EEOC ca only investigate allegations of employment discrimination because of one or more of the reasons liste below:

    Your race,
    Your color (darkness or lightness of skin),
    Your sex,
    Your religion,
    Your national origin,
    Your age (if you are 40 or older), or
    Your disability (includes employer's belief that you are disabled),
    Your genetic information (acquiring or use of)
    Opposing or protesting an act violating one of the laws enforced by EEOC,
    Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
    Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEOC can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC **does not** accept complaints of discrimination against the Federal Government. Such complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC **does not** investigate charges alleging unfairness unrelated to race, color, sex, religion national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, nationa origin, and disability require that an employer must employ 15 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires that the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

    1.    Investigate to the extent EEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

    2    Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or;

    3.    **Provide the Charging Party with a notice which permits him/her to sue the Respondent.**

# YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

**My signature acknowledges that I have read the above: INFORMATION ON EMPLOYMENT DISCRIMINATION and YOU MAY FILE A CHARGE.**

Signature: _____ Date: 9-1-17

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/18/19

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages needed to complete your responses. **If you do not know the answer to a question, answer by stating "not known." If question is not applicable, write "N/A." (PLEASE PRINT)**

### 1. Personal Information

Last Name: DYSON    First Name: TERRY    MI: L

Street or Mailing Address: 3735 W. 139th    Apt or Unit #:

City: ROBBINS    County: Cook    State: ILL    Zip: 60472

Phone Numbers: Home: (   )    Work: (   )

Cell: (312) 590-6503    Email Address:

Date of Birth: 08-20-1959    Sex: ☑ Male ☐ Female    Do You Have a Disability? ☑ Yes ☐ No

Please answer each of the next three questions.    i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: DAVID DYSON    Relationship: BROTHER

Address: 13731 LAWNDALE    City: ROBBINS    State: ILL    Zip Code: 60472

Home Phone: (   )    Other Phone: (708) 712-2244

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☑ Employer    ☐ Union    ☐ Employment Agency    ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: AMERICA'S AUTO AUCTION CHICAGO

Address: 14001 S. KARLOV    County: COOK

City: CRESTWOOD    State: ILL Zip: 60445    Phone: (   )

Type of Business: SALE CARS    Job Location if different from Org. Address:

Human Resources Director or Owner Name: KELLY    Phone: (   )

**Number of Employees in the Organization at All Locations**: Please Check (√) One

☐ Fewer Than 15    ☑ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☐ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: 12-2015    Job Title At Hire: DRIVER ON AUCTION DAYS

Pay Rate When Hired: 8.50    Last or Current Pay Rate: 10.00 7-1-2017 HAPPEN

Job Title at Time of Alleged Discrimination: NO WEEK-DAY OFF    Date Quit/Discharged: WORKING THERE PRESENTLY

Name and Title of Immediate Supervisor: MIKE KIRBY

If Job Applicant, Date You Applied for Job    Job Title Applied For

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box nex. Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should ch all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____

If you checked genetic information, how did the employer obtain the genetic information?_____

_____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2-17 – 9-1-17 Action: NO Sick - Time of Vacation Time

Name and Title of Person(s) Responsible: GENERAL MANAGER LARRY HERO + MIKE KIRBY

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

BECAUSE VERONICA VOTER TOOK A WEEK-OFF AND NO DISCIPLINE III SEE ATTACHEMENT

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

MY TIME OFF, THEY SAID THEY DON'T KNOW WHY ITS NOT THERE

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us wh; they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on th questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day y knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located i a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charg or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    OFFICIAL SEAL
        Signature                            M SOZZER
                                      NOTARY PUBLIC - STATE OF ILLINOIS
                                      MY COMMISSION EXPIRES:09/13-13        Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

| AMERICA'S AUTO AUCTION CHICAGO, INC | | | 14001 S KARLOV AVE | | CRESTWOOD IL 60418 | | | | | Check: 25930486 | Pay Date: 08/30/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FITWH S 1 | IL S 1 | | | | | | | |
| EE # 20470 | TERRY DYSON | | | EEID 6798-5848-3046-53 | | DEPT # 35006192 | | | SSN ***-**-2545 | Period: | 08/21/2017 to 08/27/2017 |
| WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION |
| Hourly | 10.00 | 32.50 | 325.00 | 1,250.80 | 11,181.74 | Dental125 | 6.86 | 116.62 | FITWH | 16.72 | 723.73 | |
| OT | | | | 19.07 | 244.27 | Medical125 | 27.52 | 412.80 | MED | 4.19 | 159.98 | |
| Holiday | | | | 16.00 | 152.00 | Vision125 | 1.31 | 22.27 | SOC | 17.94 | 683.63 | |
| | | | | | | | | | IL | 12.25 | 386.54 | |
| | TOTALS | 32.50 | 325.00 | 1,285.87 | 11,578.01 | | 35.69 | 551.69 | | 51.10 | 1,953.78 NET | 238.21 |

(handwritten): NO SICK

(handwritten): 2 5 VACATION TIME

8-16-17

I ASKED For A DAY-off AND I
WAS DENIED By Bradley MANSANAreZ
ASSISTANT MANAGER

HE SaiD THAT HE NEED Two HourS NOTICE
BEForE I CAN TAKE A Day-off, THAT HE
NEED my PRESENCE, So I WENT To WorK!

CASE # 21 AR 10449
# 1.9



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
INTAKE FAX (312) 869-8170

## PLEASE READ FIRST

This is in response to your request that a Charge Questionnaire be sent to you because you believe that you may have been discriminated against in employment. Please read the enclosed fact sheet, "Information on Employment Discrimination" before filling out the questionnaire. If your complaint (1) is against one of the covered organizations, (2) falls under one or more of the laws described, and (3) asserts harm which occurred less than 300 days ago, complete the enclosed questionnaire and bring, fax or mail it to the Commission office at the above address. An officer of the Commission will interview you to determine whether a charge of discrimination should be filed. Our office hours for interviews are 8:45 AM and 10:45 AM Monday through Friday. Interviews are conducted by appointment. Walk-ins are accepted if you arrive before 11:30 AM, but appointments have priority and you may be asked to make an appointment due to available resources. Please call (312) 869-8010 to schedule an appointment.

If you live more than 50 miles from Chicago or <u>cannot</u> come into the office because of impairment, you may mail or Fax the questionnaire to the above address. Because of staff shortages there will be a delay before you are contacted. If you are not contacted within 60 days for an appointment, you may call (312) 869-8010. Please attach a note to your form stating what times you are normally available to receive telephone calls and at what number you may be reached.

When you bring, mail or Fax in your questionnaire, we ask that you provide or attach any evidence available to you which might be relevant to your claim. For example, this might include (1) the names of individuals who were treated the same as you and of those who were treated better than you, (2) the names, addresses, and telephone numbers of witnesses; and (3) copies of documents which tell what happened to you and/or the policy under which it happened.

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can be handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC was created by Congress to investigate allegations of employment discrimination engaged in by private employers, public state and local governments, labor unions and employment agencies. The EEOC can only investigate allegations of employment discrimination because of one or more of the reasons listed below:

Your race,
Your color (darkness or lightness of skin),
Your sex,
Your religion,
Your national origin,
Your age (if you are 40 or older), or
Your disability (includes employer's belief that you are disabled),
Your genetic information (acquiring or use of)
Opposing or protesting an act violating one of the laws enforced by EEOC,
Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEOC can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC **does not** accept complaints of discrimination against the Federal Government. Such complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC **does not** investigate charges alleging unfairness unrelated to race, color, sex, religion, national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, national origin, and disability require that an employer must employ 15 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires that the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

1. Investigate to the extent EEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

2. Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or

3. **Provide the Charging Party with a notice which permits him/her to sue the Respondent.**

# YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

My signature acknowledges that I have read the above: **INFORMATION ON EMPLOYMENT DISCRIMINATION and YOU MAY FILE A CHARGE.**

Signature: _____  Date: 9-1-17

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/18/19

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunit Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within th time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receiv this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages i needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: Dyson    First Name: Terry    MI: L

Street or Mailing Address: 3738 W. 139½    Apt or Unit #:

City: Robbins    County: Cook    State: Ill    Zip:

Phone Numbers: Home: (   )    Work: (   )

Cell: (312) 890-6503    Email Address:

Date of Birth: 08-20-1959    Sex: ☑ Male ☐ Female    Do You Have a Disability? ☑ Yes ☐ No

Please answer each of the next three questions.    i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: David Dyson    Relationship: Brother

Address: 13731 Lawndale    City: Robbins    State: Ill    Zip Code: 60472

Home Phone: (   )    Other Phone: (708) 712-2244

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: America's Auto Auction Chicago

Address: #4001 S. Kaslov    County: Cook

City: Crestwood    State: Ill Zip: 60445    Phone: (   )

Type of Business: Car Sales    Job Location if different from Org. Address:

Human Resources Director or Owner Name: Kelly    Phone: (   )

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☑ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☑ No

Date Hired: 02-2015    Job Title At Hire: Driver on Auction Day

Pay Rate When Hired: 8.50    Last or Current Pay Rate: 10⁰⁰ 7-1-2017 Happen

Job Title at Time of Alleged Discrimination: No Insurance Benefits    Date Quit/Discharged: Working There Presently

Name and Title of Immediate Supervisor: Mike Kirby

If Job Applicant, Date You Applied for Job    Job Title Applied For

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should che all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing    ii. family medical history    iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 5-9-17 / PRESENT Action: I WAS JUST GIVEN A PIECE OF PAPER WITH INSURANCE NAME ONLY. I HAVE NOTHING WITH MY NAME / ADDRESS

Name and Title of Person(s) Responsible: GENERAL MANAGER (HERO) SUPERVISOR (KISBY)

B. Date: _____ Action: _____

_____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

OTHER CO-WORKERS BLACK-NON BLACK HAVE THEIRS, I'VE SEEN WHAT THE CARD LOOK LIKE.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

SUPERVISOR SAID "SHOULD HAVE CAME IN THE MAIL.

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. NONE | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. ETHAN WILLS | | | |
| B. | | | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☒ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
NONE

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☒ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☒ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: NONE

How did your employer respond to your request? NONE

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | NO ONE WILL TALK IN FEAR OF LOSING THEIR JOB | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☑ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing:

16. Have you sought help about this situation from a union, an attorney, or any other source? ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
NO RESULTS YET

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC- STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/18/19

Signature     Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Data corrected by Respondent (RP) in bold, *conflicting data in italics*:**

- Started Feb 2015 – Driver (part-time);                                    **RP: Started 3/2/15, Driver P/T**

- Dec 27, 2015 – Lot Coordinator, full time;                               **RP: Driver Part-Time**

- March 2016 – Lot Coordinator, part-time;                              **RP: Lot operations Part-Time**

- September 2016 – Lot Coordinator, full-time for 2 weeks;  **RP: Part-Time**

- October 2016 – Lot Coordinator, part-time                            **RP: Part-Time**

- *November 18, 2016 – Lot Coordinator, full-time (_____ hours/week)*;   **RP: Part-Time**

- **RP: Nov 21, 2016 additional hours was authorized Chuck Andersen**

- **RP: Jan 2017 full time lot operations after asking speaking to Larry Hero**

*Call For Help*
*Americop 1-888-241-0324*

**DENTAL**

# aetna Medical Core Insurance

**Network:** Choice PPO (PPO)
**Group Name:** America's Auto Auction, Inc.
**Group Number:** 284196          **Rx BIN:** 610502
**Member Services:** 1-888-416-2277
**Provider Authorization:** 1-888-632-3862

This card is not a guarantee of benefits or eligibility. Its sole purpose is to provide
basic information needed to verify benefits. Your member ID number is your SSN.

# aetna Medical Buy-up Insurance

**Network:** Choice PPO (PPO)

**Group Name:** America's Auto Auction, Inc.
**Group Number:** 284196          **Rx BIN:** 610502
**Member Services:** 1-888-416-2277
**Provider Authorization:** 1-888-632-3862

This card is not a guarantee of benefits or eligibility. Its sole purpose is to provide
basic information needed to verify benefits. Your member ID number is your SSN.

**VISION**

# aetna Vision Insurance

**Network:** Plan 50 Aetna Vision Preferred
**Group Name:** America's Auto Auction, Inc.
**Group Number:** 284196
**Customer Service:** 1-877-973-3238

This card is not a guarantee of benefits or eligibility. Its sole purpose is to provide
basic information needed to verify benefits. Your member ID number is your SSN.

MEDICAL

# aetna Medical Core Insurance

**Network:** Open Access Managed Choice (OAMC)
**Group Name:** America's Auto Auction, Inc.
**Group Number:** 284196    **Rx BIN:** 610502
**Member Services:** 1-888-416-2277
**Provider Authorization:** 1-888-632-3862

This card is not a guarantee of benefits or eligibility. Its sole purpose is to provide
basic information needed to verify benefits. Your member ID number is your SSN.

# aetna Medical Buy-up Insurance

**Network:** Open Access Managed Choice (OAMC)

**Group Name:** America's Auto Auction, Inc.
**Group Number:** 284196    **Rx BIN:** 610502
**Member Services:** 1-888-416-2277
**Provider Authorization:** 1-888-632-3862

This card is not a guarantee of benefits or eligibility. Its sole purpose is to provide
basic information needed to verify benefits. Your member ID number is your SSN.

1-800
238 6716



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
INTAKE FAX (312) 869-8170

## PLEASE READ FIRST

This is in response to your request that a Charge Questionnaire be sent to you because you believe that you may have been discriminated against in employment. Please read the enclosed fact sheet, "Information on Employment Discrimination" before filling out the questionnaire. If your complaint (1) is against one of the covered organizations, (2) falls under one or more of the laws described, and (3) asserts harm which occurred less than 300 days ago, complete the enclosed questionnaire and bring, fax or mail it to the Commission office at the above address. An officer of the Commission will interview you to determine whether a charge of discrimination should be filed. Our office hours for interviews are 8:45 AM and 10:45 AM Monday through Friday. Interviews are conducted by appointment. Walk-ins are accepted if you arrive before 11:30 AM, but appointments have priority and you may be asked to make an appointment due to available resources. Please call (312) 869-8010 to schedule an appointment.

If you live more than 50 miles from Chicago or <u>cannot</u> come into the office because of impairment, you may mail or Fax the questionnaire to the above address. Because of staff shortages there will be a delay before you are contacted. If you are not contacted within 60 days for an appointment, you may call (312) 869-8010. Please attach a note to your form stating what times you are normally available to receive telephone calls and at what number you may be reached.

When you bring, mail or Fax in your questionnaire, we ask that you provide or attach any evidence available to you which might be relevant to your claim. For example, this might include (1) the names of individuals who were treated the same as you and of those who were treated better than you, (2) the names, addresses, and telephone numbers of witnesses; and (3) copies of documents which tell what happened to you and/or the policy under which it happened.

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can be handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC was created by Congress to investigate allegations of employment discrimination engaged in by private employers, public state and local governments, labor unions and employment agencies. The EEOC can only investigate allegations of employment discrimination because of one or more of the reasons listed below:

    Your race,
    Your color (darkness or lightness of skin),
    Your sex,
    Your religion,
    Your national origin,
    Your age (if you are 40 or older), or
    Your disability (includes employer's belief that you are disabled),
    Your genetic information (acquiring or use of)
    Opposing or protesting an act violating one of the laws enforced by EEOC,
    Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
    Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEOC can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC **does not** accept complaints of discrimination against the Federal Government. Such complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC **does not** investigate charges alleging unfairness unrelated to race, color, sex, religion, national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, national origin, and disability require that an employer must employ 15 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires that the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

1. Investigate to the extent EEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

2. Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or

3. **Provide the Charging Party with a notice which permits him/her to sue the Respondent.**

## YOU MAY FILE A CHARGE

Sometimes we cannot tell whether what happened to you is something that we should investigate. We may ask you to get additional information or wait until it is clear as to what has happened and then return to our office.

Regardless of what we believe, you may file a charge with us. This is your decision to make. If you file a charge under these circumstances, we may still dismiss your charge because we have no authority to investigate or because we believe that no violation of the law has occurred. Filing a charge gives you an independent right to sue the organization. Whether you would win your lawsuit would be a matter for the court to determine.

My signature acknowledges that I have read the above: INFORMATION ON EMPLOYMENT DISCRIMINATION and YOU MAY FILE A CHARGE.

Signature: _Teddy L. Hyser Se_    Date: 9-7-97

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/18/19

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: DySoN    First Name: TERRY    MI: L

Street or Mailing Address: 3738 w 139½    Apt or Unit #:

City: RoBBins    County: Cook    State: ILL Zip: 60472

Phone Numbers: Home: (   )    Work: (   )

Cell: (312) 890-6503    Email Address:

Date of Birth: 08-20-1959    Sex: ☒ Male ☐ Female    Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: DAViD DySoN    Relationship: BroTHEr

Address: 13731 LAwNDALE    City: RoBBins    State: ILL Zip Code: 60472

Home Phone: (   )    Other Phone: (708) 712-2244

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☒ Employer    ☐ Union    ☐ Employment Agency    ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: AmERiCA'S AuTo AuCTioN CHiCAgo

Address: 14001 S. KArLov    County: COoK

City: CrESTwooD    State: ILL Zip: 60445 Phone: (   )

Type of Business: SALE CAr    Job Location if different from Org. Address:

Human Resources Director or Owner Name: KELLy    Phone: (   )

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15    ☒ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☐ More than 500

**3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No**

Date Hired: 02-2015    Job Title At Hire: DrivEr on SALE DAys

Pay Rate When Hired: 8.50    Last or Current Pay Rate: 10²² 7-1-2017 HAppEN

Job Title at Time of Alleged Discrimination: No BrEAk / LUNCH LoNg HoUrs Date Quit/Discharged: WorkING THErE prESENTLy

Name and Title of Immediate Supervisor: MiKE Kirby

If Job Applicant, Date You Applied for Job    Job Title Applied For

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing  ii. family medical history  iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____

If you checked genetic information, how did the employer obtain the genetic information?_____

_____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _____ Action: _____

_____

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

_____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

_____

_____

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

_____

_____

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

1

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____
_____
_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____
_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____
_____
_____

How did your employer respond to your request? _____
_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

OFFICIAL SEAL
M SOZZER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/19

_____         _____
Signature                               Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4