**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Terry Dyson

                        Plaintiff,

v.

                                         Case No.: 1:18–cv–02159
                                         Honorable Robert M. Dow Jr.

America's Auto Auction

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 1, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: The plaintiff having filed a motion to voluntarily dismiss pursuant to settlement (doc. # [33]), the status hearing with the magistrate judge set for 04/02/19 is stricken and the referral is hereby terminated. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.