## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Terry Dyson

     Plaintiff,

v.             Case No.: 1:18–cv–02159

             Honorable Robert M. Dow Jr.

America's Auto Auction

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2019:

   MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion to voluntarily dismiss his complaint with out prejudice and with leave to reinstate on or before May 2, 2019 [33] is granted. If no motion to reinstate is filed by that date, the dismissal will automatically convert to a dismissal with prejudice, with no further action required by the parties or the Court. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.