**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Terry Dyson

           Plaintiff,

v.                                                                          Case No.: 1:18–cv–02159
                                                                            Honorable Robert M. Dow Jr.

America's Auto Auction

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 29, 2020:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Defense counsel does not appear. Plaintiff reports on the proceedings in state court and the status of the parties' settlement discussions. For the reasons stated on the record, the referral is terminated. If the parties believe that the magistrate judge's assistance would be helpful in resolving this matter, they are invited to ask the district judge to reopen the referral. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.